STATE OF CONNECTICUT *v.* DWAYNE MURRAY

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 548, is granted, limited to the following issue:

"Did the Appellate Court correctly hold that the record was inadequate to rule whether General Statutes § 54-56d was unconstitutionally applied to the defendant?"

*Matthew J. Collins,* special public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided October 22, 1992

RICHARD R. REGIS ET AL. *v.* CONNECTICUT REAL ESTATE INVESTORS BALANCED FUND, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 760, is denied.

*David A. Ball,* in support of the petition.

*Ernest J. Cotnoir,* in opposition.

Decided October 22, 1992

STATE OF CONNECTICUT *v.* MITCHELL PITT

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 825, is denied.

*Timothy Patrick Brady,* in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided October 22, 1992